IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

vs.                                             No. 4:21-CR-289-O

HOLLIS MORRISON GREENLAW (01)
BENJAMIN LEE WISSINK (02)
CARA DELIN OBERT (03)
JEFFREY BRANDON JESTER (04)

## GOVERNMENT'S WITNESS LIST

The United States, by and through the undersigned Assistant United States

Attorneys, files the government's witness list.[1]

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 1 | Harry Adams, real estate broker for NorTex project, San Antonio, Texas | He will discuss being the seller's broker for the NorTex project. | Probable | | |
| 2 | Amber Adams, Custodian of Record BB&T Bank | Authenticate BB&T Bank records. | COR[2]-Possible | | |
| 3 | Patrick Albrecht, Broker, Prescott, Arizona | His investment and that of his clients in UDF funds. | Probable | | |
| 4 | Stephanie Andreatta, Senior Collateral Manager for UDF, Lipan, Texas | Her work in the accounting department at UDF. | Probable | | |

---

[1]   All witnesses the government has previously identified who will potentially provide testimony in the form of expert opinion, Dkt. 29, have the designation (expert) following the witnesses' name and position.
[2]   The government has identified approximately twenty Custodians of Records in this witness list out of an abundance of caution to authenticate bank records.   The government anticipates it will not be necessary to call all custodians because Custodian of Records Affidavits have been provided to counsel.   The records received and the Custodian of Records Affidavits have been made available to counsel for review, in addition to the copies provided in discovery.   The government hopes to have this resolved prior to trial.

**Government's Witness List – Page  1**

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 5 | Collin Armstrong, ARM Management, previously with CBRE, Austin, Texas. | His listing of the Sunset Hills Development. | Probable | | |
| 6 | Robin Arrant, Custodian of Records for Prosperity Bank | Authenticate Legacy Texas and Prosperity Bank records. | COR–Possible | | |
| 7 | Suzette Austin, Origin Bank, Louisiana | Custodian of Records for Origin Bank. | COR-Possible | | |
| 8 | Larry Autrey, CPA and Managing Partner at Whitley Penn, Westlake, Texas | His position at Whitley Penn as a managing partner, involvement with the audits of UDF entities, and a statement credited to him in December 2015. | Possible[3] | | |
| 9 | Samuel Ayorinde, Management and Program Analyst for BIDMAS with FBI, Washington DC | His work at BIDMAS on behalf of the FBI and involvement in the processing of evidence in this case. | Possible | | |
| 10 | Doug Ballast, CPA and Controller at UDF, Texas | His work as a controller at UDF. | Probable | | |
| 11 | Alvery Bartlett, investment dealer and UDF investor Clayton, Missouri | His investment and that of his clients in UDF funds. | Probable | | |
| 12 | Ed Bascha, Marion, Texas | His listing on the Friesenhahn Property. | Probable | | |

---

[3] The government has listed "possible" for approximately forty-four witnesses. Identification as "possible" is included for those witnesses that the government anticipates would be called either as a response to an issue raised through cross-examination or in rebuttal.

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 13 | Elizabeth Bascha, Marion, Texas | Her listing on the Friesenhahn Property. | Possible | | |
| 14 | Chuck Bigbie, investor and investment broker, Tulsa, Oklahoma | His investment and that of his clients in UDF funds. | Probable | | |
| 15 | Kevin Bland, CFO, UMTH General Services, Texas | His work at UDF in the accounting department. | Probable | | |
| 16 | Michael Bodwell, CPA and Auditor previously with Whitley Penn, Dallas, Texas (Expert) | His work as an Auditor for Whitley Penn and auditor for UDF. (See Dkt. 29 at pgs. 2 & 3). | Probable | | |
| 17 | Stephanie Braislin, CPA and previously an Auditor for Whitley Penn, Texas | Her work as an Auditor for Whitley Penn and auditor for UDF. | Probable | | |
| 18 | Carter Breed, CBRE, Austin, Texas | His listing of Carmel Creek property. | Probable | | |
| 19 | Alice Anne Brown, retired from Legacy Texas Bank, Stephenville, Texas | Her work as a loan officer at Legacy Texas and the accounts and loans of UDF entities. | Probable | | |
| 20 | Thomas Blake Buffington, Jr., previously with Buffington Land Group, Austin, Texas | The business and loan relationship between Buffington Land Group and the UDF entities. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 21 | Ryan Burkhardt, President, Scarborough Lane Development Company, Addison, Texas | His work with Scarborough Lane developing master planned communities and his work managing some properties for Centurion American Development Group. | Probable | | |
| 22 | Scott Burrer, previously an Asset Manager for UDF, Spring, Texas | His work as an asset manager at UDF with developments in the Houston area. | Possible | | |
| 23 | Brad Calley, former UDF employee, Frisco, Texas | His work at UDF offering the various UDF funds, sales/due diligence meetings for the various UDF funds. | Probable | | |
| 24 | Tom Carroci, Assistant General Counsel, FINRA, Prosecution Assistance Group, New York, New York (Expert) | His work and experience with FINRA and his knowledge of the regulated securities industry.   (See Dkt. 29 at pgs. 3 – 7.) | Probable | | |
| 25 | Denise Cason, previously in the investor relations division at UDF, Texas | Her work at UDF. | Possible | | |
| 26 | Anthony Chereso, founder of Fact Right and previously Director of Capital Markets at UDF, Texas | His work at UDF and Fact Right. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 27 | Sang Ho Chung, Technical Lead for BIDMAS with FBI, Washington DC (Expert) | His work at BIDMAS on behalf of the FBI and involvement in the processing of evidence in this case. (See Dkt. 29 at pgs. 7 & 8.) | Probable | | |
| 28 | Lynn Clodfelder, Custodian of Records, Veritex Bank | Authenticate Veritex Bank records. | COR-Possible | | |
| 29 | Richard Coloni, investor and broker/dealer, Debary, Florida, | His investment and that of his clients in UDF funds. | Probable | | |
| 30 | Thomas Cook, Special Agent, Federal Bureau of Investigation, Dallas Texas | His work at the FBI on this case and introduction of exhibits | Probable | | |
| 31 | Matthew Corder, CPA and Auditor for Whitley Penn, Texas | His work as a CPA at Whitley Penn, and as an auditor on UDF. | Possible | | |
| 32 | Cheryl Cox, CPA and Senior Accountant at UDF, Texas | Her work in various accounting roles at UDF. | Probable | | |
| 33 | Anthony Creamer, previously Navigant's Managing Director, in charge of UDF Engagement with Navigant, Philadelphia, Pennsylvania | His receipt of an email with a an Excel spreadsheet attached. | COR-Possible | | |
| 34 | Josh Cude, Cude Engineers, San Antonio, Texas | His work on the Gilbert Tract project. | Possible | | |
| 35 | John Mays Davenport, Chief Financial Officer of Legacy Texas Bank, Texas | His work as an officer for Legacy Texas Bank and the accounts and loans of UDF entities. | Probable | | |

**Government's Witness List – Page 5**

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 36 | Ryan Dillin, Credit Analyst, Portfolio Manager and lender with Prosperity Bank, Texas | His work at F&M Bank (n/k/a Prosperity Bank) as a portfolio manager for UDF's loans. | Probable | | |
| 37 | James Dorney, Buffington Land Group, Austin, Texas | The business relationship between Buffington Land Group and the UDF entities. | Probable | | |
| 38 | Matt Doull, Legacy Texas Bank, Texas | His work at Legacy Texas Bank preparing loan modification forms. | Possible | | |
| 39 | Brian Downey, CPA and Auditor with Eisner Amper, New Jersey (Expert) | His engagement as UDF's auditor, his preliminary conclusions related to restating financial statements previously filed with the SEC and EA records authentication. (See Dkt. 29 at pgs. 8 – 11.) | Probable | | |
| 40 | Lisa Drake, Custodian of Records, Veritex Bank | Authenticate Veritex Bank records. | COR-Possible | | |
| 41 | Samuel Duff, Legacy Texas Bank Credit Officer, Texas | His work at Legacy Texas Bank as a credit officer and his work on UDF III's loans. | Probable | | |
| 42 | Gary Duncan, Santa Fe, New Mexico | His involvement with the Sunset Hills property. | Probable | | |
| 43 | John Durbin, Colglazier Properties, San Antonio, Texas | His involvement with the Gilbert Tract property. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 44 | Stacey Dwyer, Chief Operating Officer of UDF IV, Texas | Her work at UDF being the COO of UDF IV and authentication of documents. | Possible | | |
| 45 | Kevin Eades, due diligence officer with SK Research, Maryland (Expert) | His work at Snyder Kearney working on the UDF V due diligence and the conclusions and observations in SK's report.   (See Dkt. 29 at pg. 12.) | Probable | | |
| 46 | Christine Edson, Special Agent, Federal Bureau of Investigation | Her work as a Special Agent with the FBI on this case, records obtained, and interviews conducted. | Probable | | |
| 47 | Jamie Ellis, investment broker with Calton and Associates, Parker County, Texas | His offering UDF funds to his clients. | Probable | | |
| 48 | Theodore Etter, Executive at UDF entities, Texas | His employment at UDF. | Possible | | |
| 49 | Jerry Farmer, Evidence Control Technician, FBI Dallas, Texas | Evidence obtained during the execution of the search warrant at UDF. | Possible | | |
| 50 | Lauren Flake, UDF employee | Her employment at UDF and authentication of documents. | Possible | | |
| 51 | Rodney Fleer, investor, Saint Charles, Missouri | His investment in UDF IV, UDF V, and UDF LOF. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 52 | Joe Fogarty, Land Developer, Texas | The business and loan relationship between his development projects and the UDF entities. | Probable | | |
| 53 | Casey Ford, formerly with Centurion American Development Group, Colleyville, Texas | The business and loan relationship between Centurion and the UDF entities. | Probable | | |
| 54 | Ty Fowle, IT office at UDF, Texas | His work obtaining a copy of the Outlook .pst files, placing them on a hard drive, providing it to the FBI pursuant to the search warrant, and authenticating records. | Probable | | |
| 55 | Raenell Franz, previously administrative assistant at Cannon Companies | Her work at Cannon Companies and obtaining payment from UDF entities. | Possible | | |
| 56 | Marc Frease, President of Trio Residential Developers, Texas | His work on the Reserve at Fair Oaks property and Park Village property. | Possible | | |
| 57 | Adam Garbe, Loan Officer with Veritex Bank, Texas | His work as a loan officer and UDF's loans and bank accounts. | Probable | | |
| 58 | Jeff Gilpatrick, Asset Manager, UDF, Austin, Texas | His work at UDF as an asset manager to authenticate records. | Possible | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 59 | Joe Goggans, Asset Manager for UDF, Dallas, Texas | His work as an asset manager at UDF with developments in the Houston area. | Possible | | |
| 60 | Todd Gold, President and Managing Partner of REOC San Antonio, San Antonio, Texas | His work on the 4S Ranch property and Park Village/Ventana property. | Possible | | |
| 61 | Tyler Green, Due Diligence Officer with Cetera, Arizona | His work at Snyder Kearney working on the UDF V due diligence and his conclusions in SK's report. | Probable | | |
| 62 | Susan Grovert, Investor, Cedar Rapids, Iowa | Her investment in UDF, and call to the FBI public access line regarding her investment in UDF. | Probable | | |
| 63 | Stephen Haan, investor and broker/dealer, Grandville, Michigan | His investment and that of his clients in UDF funds. | Probable | | |
| 64 | Hillary Hagen, UDF Employee, Texas | Her employment at UDF and authentication of documents. | Possible | | |
| 65 | Stephen Hamilton, Managing Director, Riveron, Charter CPA, Allen, Texas | His engagement with the UDF entities. | Possible | | |
| 66 | Kevin Hannigan, President, Prosperity Bank, Dallas, Texas | His work as an officer for Legacy Texas Bank and the accounts and loans of UDF entities. | Possible | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 67 | Pamela Hanson, Special Agent, FBI, Dallas, Texas | Her work at the FBI as the records custodian and seizing agent for the physical items seized during the execution of the search warrant. | Probable | | |
| 68 | David Hanson, Retired CPA and President of UMTH General Services, Chief Accounting Officer of various UDF Funds including IV and V, Lake Tawakoni, Texas | His work in various positions at UDF, signing documents in his various capacities, and authentication of documents. | Probable | | |
| 69 | Tom Hargrove, Owner, Harrigan Development Land Developer, Houston, Texas | The business and loan relationship between his development projects and the UDF entities. | Probable | | |
| 70 | Jake Hauske, Intelligence Analyst, FBI, Dallas, Texas | His work at the FBI and seizure of items during execution of the search warrant at UDF. | Possible | | |
| 71 | Rich Haydel, due diligence officer with Calton and Associates | His work at Calton and Associates and due diligence on UDF entities. | Probable | | |
| 72 | Ty Henderson, UDF, Texas | His work at UDF offering the various UDF funds, sales/due diligence meetings for the various UDF funds, and his contacts with the defendants. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 73 | Shanna Henley, FBI Dallas | Evidence obtained during the execution of the search warrant at UDF. | Possible | | |
| 74 | Ryan Hobbs, Investor and broker/dealer, Ardmore, Oklahoma | His investment and that of his clients in UDF funds. | Probable | | |
| 75 | Amber Hood, previously an investor services representative at UDF, Texas | Her work at UDF in the investor services department. | Probable | | |
| 76 | Madison Inselmann, Land Manager of Scott Felder Homes, Texas | Scott Felder Homes' work on Park Village and Carmel Creek projects. | Possible | | |
| 77 | Jimmy Jacobs, Georgetown, Texas | His work on the Las Fontanas project. | Possible | | |
| 78 | Michael David Jones, Previously with Legacy Texas Bank/Prosperity Bank | His work at Legacy Texas and on UDF's loans. | Possible | | |
| 79 | Kenda Josey, Accounting manager at UDF | Her work at UDF as an accounting manager. | Probable | | |
| 80 | Tina Justice, Custodian of Records for Securities and Exchange Commission ("SEC"), Fort Worth, Texas | Authenticate records submitted by UDF to the SEC, and UDF's filings with the SEC. | Probable | | |
| 81 | William Kahane, former Board Member of UDF V, Sarasota, Florida (Expert) | His duties as a board member on UDF V. (See Dkt. 29 at pgs. 13 & 14.) | Probable | | |
| 82 | David Keller, former Special Committee Member, for UDF III, Fort Worth, Texas | Discuss the purpose of the special committee for UDF III. | Possible | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 83 | Jeff Kesler, President of Dallas-Fort Worth Veritex Banks, and previously the Chief Lending Officer | His work as the Chief Lending Officer at Veritex Bank and the accounts and loans of UDF entities. | Probable | | |
| 84 | Michael Kim, President of MAK Development Group, Texas | His work on the Matzinger Project. | Probable | | |
| 85 | Steve Krasoff, President of Scott Felder Homes, Texas | His work on Park Village and Carmel Creek projects. | Probable | | |
| 86 | Kirk Laguarta, Land Advisors Organization, previously Houston, Texas | Land Advisors' work on the Spring Stuebner Drive property in Harris County, Texas. | Probable | | |
| 87 | Jeff Lawlis, CPA and Auditor for Whitley Penn, Texas (Expert) | His work as an auditor for Whitley Penn working on various UDF funds and custodian of records. (See Dkt. 29 at pgs. 14 - 16.) | Probable | | |
| 88 | Caren Lawson, previously Vice President of Due Diligence Analysis with Cetera Financial Group, California (Expert) | Her work as a due diligence officer for and evaluating UDF V, and authenticating records.  (See Dkt. 29 at pgs. 16 - 18.) | Probable | | |
| 89 | Jie "Reggie" Lei, Accounting manager for UDF, Texas | Her work as an accounting manager at UDF and authenticating records. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 90 | Blaine Lopez, KFW Engineers, San Antonio, Texas | KFW's work on the Gilbert Tract project, Las Fontanas project, Friesenhahn project, Nortex project, and other work with UDF and Buffington. | Probable | | |
| 91 | Felix Lozano, CPA and Auditor with Whitley Penn, Texas | His work for Whitley Penn and involvement with UDF. | Possible | | |
| 92 | Anthony Marinello, Corporate Legal Department, SS&C Technologies, Inc. formerly DST Systems, Inc. | Authenticate DST Systems records. | Possible | | |
| 93 | M. Melody Marshall, Custodian of Records, Veritex Bank | Authenticate Veritex Bank records. | COR-Possible | | |
| 94 | Scott Martinez, Forensic Accountant for FBI, Dallas, Texas (Expert) | His work tracing the proceeds of investor money and bank proceeds. (See Dkt. 29 at pgs. 18 - 20.) | Probable | | |
| 95 | A.W. Massey, psychologist and professor at Eastfield College, Garland, Texas | His investment in UDF IV. | Probable | | |
| 96 | John McCrocklin, John McCrocklin & Associates Real Estate, Inc, Texas | His listing for Heather Glen project. | Probable | | |
| 97 | Jennifer Molaison (formerly Slovak), Accounting manager for UDF, Texas | Her work as an accounting manager at UDF. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 98 | Odette Muller, previously an Asset Manager with UDF, Frisco, Texas | Her work as an asset manager at UDF. | Probable | | |
| 99 | Renee Mueller, Accountant with Centurion American Development Group, Frisco, Texas | Her work as an accountant for Centurion receiving invoices, making payments on invoices, working with lenders and project managers to coordinate bank draws. | Probable | | |
| 100 | Jackie Northrup, former Forensic Examiner, North Texas Regional Computer Forensics Laboratory Computer Analysis and Response Team, Dallas, Texas | Her work at the FBI and the seizure and processing of digital evidence. | Possible | | |
| 101 | Deborah Nugent, CPA and former UDF III Special Committee member, Dallas, Texas | Discuss the purpose of the special committee for UDF III. | Possible | | |
| 102 | Stan O'Neil, former Tarrant County Market Chairman of Legacy Texas Bank | His work at Legacy Texas Bank and the accounts and loans of UDF entities. | Possible | | |
| 103 | Jami Openshaw, Senior Accountants Payable at UDF, Texas | Her work at UDF in the accounting department and authentication of records. | Probable | | |
| 104 | Matthew Parker, formerly with Buffington Land Group in Austin, Texas, now in California | The business and loan relationship between Buffington Land Group and the UDF entities. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 105 | Emmett Peppers, former employee with Interactive Brokers | His work at Interactive Brokers and handling accounts for defendant Greenlaw. | Possible | | |
| 106 | Daniel Petkoff, investor, Ray, Michigan | His and his mother's investment in UDF funds. | Probable | | |
| 107 | Susan Powell, CPA and Auditor for Whitley Penn, Texas (Expert) | Her work as an Auditor for Whitley Penn and auditor for UDF. (See Dkt. 29 at pg. 20-21.) | Probable | | |
| 108 | Jeremy Price, Employee, Legacy Texas Bank | His work at Legacy Texas Bank on loans held by UDF and to authenticate records. | Possible | | |
| 109 | Ashley Pridemore, due diligence officer with SK Research, Maryland (Expert) | Her work at Snyder Kearney working on the UDF V due diligence and her conclusions and observations in SK's report. (See Dkt. 29 at pgs. 20 & 21.) | Possible | | |
| 110 | Nick Purcell, Custodian of Records for Sunflower Bank | Authenticate Capital Bank and Sunflower Bank records. | COR-Possible | | |
| 111 | Louisa Quarto, Investor Relations, AR Global investments, New Jersey | Her work with AR Global and distributing UDF IV and UDF V products. | Probable | | |
| 112 | Stephen Quiner, investor and broker/dealer, Johnston, Iowa | His investment and that of his clients in UDF funds. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 113 | Matthew Reiter, CPA and Auditor for Whitley Penn, Texas | His work for Whitley Penn and involvement with UDF. | Possible | | |
| 114 | Hector Retta, previous President of Capital Bank, El Paso, Texas | His work at Capital Bank and the accounts and loans of UDF entities. | Probable | | |
| 115 | Aaron Richards, previously an Asset Manager in Texas with UDF, now Idaho | His work as an asset manager at UDF over loans with Centurion American Development Group. | Probable | | |
| 116 | Eddie Sanchez, employee of DST, Missouri | His work at DST regarding UDF funds' distributions. | Probable | | |
| 117 | Patrick Shelton, broker with Duncan and Shelton, Texas | His listing on Shadow Canyon. | Possible | | |
| 118 | M. Jerrod Shepherd, Custodian of Records, Veritex Bank | Authenticate Veritex Bank records. | COR-Possible | | |
| 119 | Nicole Snell, Staff operations specialist with FBI, Chicago, Illinois | Work at the FBI and seizure of items during execution of the search warrant at UDF. | Possible | | |
| 120 | Jonathan Sparling, previously with Independent Bank in Dallas as a Senior Vice President of Lending, Seattle, Washington | His job at Independent bank and handling loans and accounts of UDF. | Probable | | |
| 121 | Peter Spier, previously loan officer with Capital Bank, El Paso, Texas | His work at Capital Bank and the accounts and loans of UDF entities. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 122 | Matthew Spivey, Employee, Legacy Texas Bank | His work at Legacy Texas Bank on loans held by UDF and to authenticate records. | Possible | | |
| 123 | Lesley Standridge, previously an investor services representative at UDF | Her work in the investor services department dealing with financial representatives. | Possible | | |
| 124 | Greg Stefanski, investor in UDF, Clinton Township, Michigan | His investment in UDF. | Probable | | |
| 125 | Joe Straub, Land Developer, Austin, Texas | The business and loan relationship between his development projects and the UDF entities. | Probable | | |
| 126 | Tom Swiley, Chief Lending Officer Legacy Texas Bank, Texas | His work at Legacy Texas and the accounts and loans of UDF entities. | Possible | | |
| 127 | Frank Tabachka, Interactive Brokers | He will testify regarding margin accounts with Interactive Brokers. | Probable | | |
| 128 | Thomas Tedder, Supervisory Special Agent with the FBI and Laboratory Director of the North Texas Regional Computer Forensics Laboratory Computer Analysis and Response Team, Dallas, Texas (Expert) | He will testify regarding the forensic download and extraction of items obtained from electronic devices at UDF during the search warrant. (See Dkt. 29 at pgs. 21 & 22.) | Probable | | |
| 129 | Adrianna Tidwell, CPA and previously with UDF as a controller and various positions, Texas | Her work as a CPA in various positions at UDF. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 130 | Marc Tindall, formerly of M/I Homes, San Antonio, Texas | His work on the Gilbert Tract project. | Probable | | |
| 131 | Linda Visser, Accountant with Centurion American Development Group, Texas | Her work as an accountant for Centurion receiving invoices, making payments on invoices, working with lenders and project managers to coordinate bank draws. | Probable | | |
| 133 | Nick Vita, UDF employee, Texas | His employment at UDF and record authentication. | Probable | | |
| 133 | Joshua Vlasak, DST, Missouri | His work at DST regarding UDF distributions. | Probable | | |
| 134 | Tyson Walter, formerly with UDF in Irving, Texas, now in Ohio | His work as an asset manager at UDF over loans with Centurion American Development Group. | Probable | | |
| 135 | Robert Wamhoff, investor and broker/dealer, St. Charles, Missouri | His investment and that of his clients and how he would not have recommended or purchased the UDF funds if he had known the source of the distributions, and true nature of cash flow projections. | Probable | | |

**Government's Witness List – Page 18**

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 136 | George Weron, KFW Engineers, San Antonio, Texas | KFW's work on the Gilbert Tract project, Las Fontanas project, Friesenhahn project, Nortex project, and other work with UDF and Buffington. | Possible | | |
| 137 | Eric Weschke, investor and broker/dealer, Setauket, New York | His investment and that of his clients in UDF funds. | Probable | | |
| 138 | Mark Williamson, formerly Chief Credit Officer and Chair of the Loan Committee at Legacy Texas Bank, Texas | His work at Legacy Texas Bank and UDF loans with Legacy, their various modifications and payment history. | Probable | | |
| 139 | Michael Wilson, UDF, President of UMT holdings, Boulder, Colorado | His work at UDF offering the various UDF funds, sales/due diligence meetings for the various UDF funds, his understanding of the various UDF funds offered, his contacts with the defendants, and authentication of records. | Probable | | |

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 140 | Jacob Wuebben, part of the underwriting team at Veritex Bank | His work as a credit analyst  preparing the loan request form for UDF's loan with Veritex and his identification of strengths and weaknesses in the particular loan with UDF. | Possible | | |
| 141 | Aaron Zarbo, Legacy Texas Bank, Texas | His work at Legacy Texas and the accounts and loans of UDF entities. | Possible | | |
| 142 | Ann Zinser, investor, Clinton Township, Michigan | Her investment in UDF. | COR-Possible | | |
| 143 | Affiliated Bank, Custodian of Records, | Authenticate Records of Affiliated Bank | COR-Possible | | |
| 144 | AR Capital, Custodian of Records | Authenticate Records from AR Capital | COR-Possible | | |
| 145 | Bank of America, Custodian of Records | Authenticate Records of Bank of America | COR-Possible | | |
| 146 | BB&T Bank, Custodian of Records | Authenticate Records of BB&T Bank | COR-Possible | | |
| 147 | City National Bank, Custodian of Records | Authenticate Records of City National Bank | COR-Possible | | |
| 148 | DST Systems, Inc., Custodian of Records | Authenticate Records of DST Systems | COR-Possible | | |
| 149 | Independent Bank, Custodian of Records | Authenticate Records of Independent Bank | COR-Possible | | |

**Government's Witness List – Page  20**

| No. | Name/Position/Employer | Subject matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 150 | Origin Bank, Custodian of Records | Authenticate Records of Origin Bank and Community Trust Bank | COR-Possible | | |
| 151 | Prosperity Bank, Custodian of Records | Authenticate Records of Prosperity Bank, Legacy Texas Bank, and F&M Bank | COR-Possible | | |
| 152 | Securities and Exchange Commission, Custodian of Records | Authenticate Official records of the SEC and records received from UDF | COR-Possible | | |
| 153 | Sunflower Bank, Custodian of Records | Authenticate Records of Sunflower Bank and Capital Bank | COR-Possible | | |
| 154 | United Texas Bank, Custodian of Records | Authenticate Records of United Texas Bank | COR-Possible | | |
| 155 | Texas Capital Bank, Custodian of Records | Authenticate Records of Texas Capital Bank | COR-Possible | | |
| 156 | UMB Bank, Custodian of Records | Authenticate Records of UMB Bank | COR-Possible | | |
| 157 | Veritex Bank, Custodian of Records | Authenticate Records of Veritex Bank | COR-Possible | | |

Respectfully Submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600; Fax: 214-659-8805
Email: Tiffany.Eggers@usdoj.gov

*s/ Errin Martin*
ERRIN MARTIN
Assistant United States Attorney
Texas Bar No. 24032572

*s/ L. Rachael Jones*
L. RACHAEL JONES
Assistant United States Attorney
Texas Bar No. 24032481

*s/ Elyse Lyons*
ELYSE LYONS
Assistant United States Attorney
Texas Bar No. 24092735

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, the foregoing document was

electronically filed with the clerk for the U.S. District Court, Northern District of Texas,

using the electronic case filing system of the court.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney